IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WEATHER CENTRAL, INC. AND MY WEATHER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>REINHART BOERNER VAN DEUREN, S.C., REINHART BOERNER VAN DEUREN, P.C., PETER J. MANGHERA, and ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC.<br><br>Defendants. | No. 08-cv-582<br><br>Judge Barbara B. Crabb<br><br>Magistrate Judge Crocker |

### FINAL DISMISSAL ORDER

PURSUANT TO STIPULATION BETWEEN THE PARTIES:

IT IS HEREBY ORDERED and agreed by and between the parties hereto, by their respective attorneys, that:

1. The above-entitled case be and hereby is dismissed with prejudice and without costs.

2. This Order dismisses all claims as to all parties, all matters in controversy having been compromised and settled.

DATED this _27th_ day of _July_, 2009.

ENTERED:

_Barbara B. Crabb_
JUDGE CRABB

2